| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Jonker, Robert J. | 2. Court or Organization U.S. Dist. Court, Western Dist of MI | 3. Date of Report 05/10/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief US District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

685 Federal Building
110 Michigan Street N.W.
Grand Rapids, MI 49503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed psychology practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deposit Accounts at Fifth Third Bank | A | Interest | J | T | | | | | |
| 2. Fifth Third Bank - Stock | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. RETAIL ACCOUNT | | | | | | | | | |
| 5. Active Asset Tax Free Trust | A | Dividend | J | T | | | | | |
| 6. First Trust Hlth Care Alpha ETF | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 7. First Trust Amex Biotech (see page 11) | | None | J | T | Sold (part) | 2/27/15 | J | A | |
| 8. First Trust Consumer Staples ETF | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 9. First Trust Consumer Staples ETF | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 10. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 11. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 12. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 02/27/15 | J | A | |
| 13. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 09/30/15 | J | A | |
| 14. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 15. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 16. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 17. First Trust Larg Cap Value AL | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Trust Larg Cap Value AL | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 19. Ishares Core S&P Total US Stock | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 20. Wisdomtree Trust Japn Hedge Eq | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 21. American Gr Fd of America | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 22. American Gr Fd of America | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 23. BlackRock Equity Dividend | | None | | | Sold | 02/27/15 | J | B | |
| 24. Black Rock Global Long/Short Eq | | None | J | T | Buy (add'l) | 02/27/15 | J | | |
| 25. Black Rock Global Long/Short Eq | | None | J | T | Sold (part) | 09/30/15 | J | A | |
| 26. Dreyfus Standish Gib Fix Inc. | A | Dividend | J | T | Buy | 11/27/15 | J | | |
| 27. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Buy (add'l) | 02/27/15 | J | | |
| 28. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 29. Goldman Sachs Rising Div Growth | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 30. Goldman Sachs Rising Div Growth | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 31. Ivy Asset Strategy I | | None | | | Sold | 09/30/15 | J | A | |
| 32. Legg Mason BW Gib Opp Bd | | None | | | Sold | 11/27/15 | J | A | |
| 33. Lord Abbett Alpha Strat F | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 34. Lord Abbett Sht Duration Inc. | | None | | | Sold | 02/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Gib Alternative Strat I | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 36. MFS Gib Alternative Strat I | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 37. Natixis ASG Global Alternative Y | | None | J | T | Sold (part) | 02/27/15 | J | A | |
| 38. Natixis ASG Global Alternative Y | | None | J | T | Sold (part) | 09/30/15 | J | A | |
| 39. Permal Alternative Core I | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 40. Pimco All Asset All Auth | | None | | | Sold | 08/31/15 | J | A | |
| 41. Pimco Stockplus Intl P | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 42. Pimco Stockplus Intl P | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 43. Principal Global Divers Inc A | A | Dividend | J | T | Buy (add'l) | 02/27/15 | J | | |
| 44. Principal Global Divers Inc A | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 45. Transparent VL Direct Alloc I | | None | J | T | Buy (add'l) | 02/27/15 | J | | |
| 46. Transparent VL Direct Alloc I | | None | J | T | Sold (part) | 09/30/15 | J | A | |
| 47. Virtus Dynamic Aphasector (name chg to Virtus Dynamic Trend I) | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 48. Virtus Dynamic Trend I | | None | | | Sold | 05/01/15 | J | A | |
| 49. Virtus Dynamic Trend I | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 50. Virtus Foreign Oport I | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 51. Virtus Foreign Oport I | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virtus Insight Emerg Markts I | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 53. Virtus Insight Emerg Markts I | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 54. Virtus Multi Sect Sht Term BDI | A | Dividend | J | T | Buy (add'l) | 02/27/15 | J | | |
| 55. Virtus Multi Sect Sht Term BDI | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 56. | | | | | | | | | |
| 57. IRA ACCOUNT | | | | | | | | | |
| 58. American Amcap A | A | Dividend | L | T | | | | | |
| 59. American Bd Fd of Am | A | Dividend | J | T | | | | | |
| 60. American Cap Inc Builder | B | Dividend | L | T | | | | | |
| 61. American Cap World Bond | A | Dividend | K | T | | | | | |
| 62. American Cap World Gr & Inc | A | Dividend | K | T | | | | | |
| 63. American Europacific Growth | A | Dividend | K | T | | | | | |
| 64. American Fundamental Inv | A | Dividend | L | T | | | | | |
| 65. American Gr Fd of America | A | Dividend | L | T | | | | | |
| 66. American New Perspective | A | Dividend | K | T | | | | | |
| 67. Skybridge Multi-Adsr Hf Ser G | A | Dividend | K | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA ACCOUNT-2 | | | | | | | | | |
| 70. BDP Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 71. First Trust Hlth Care Alpha ETF | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 72. First Trust AMEX Biotech | A | Dividend | J | T | Sold (part) | 02/27/15 | J | B | |
| 73. First Trust Consumer Staples | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 74. First Trust Consumer Staples | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 75. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 76. First Trust Consumer Discret | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 77. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 02/27/15 | J | A | |
| 78. First Trust DJ Internet IDX | | None | J | T | Sold (part) | 09/30/15 | J | A | |
| 79. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 80. First Trust DW Foxus 5 Intl | A | Dividend | J | T | Sold (part) | 10/01/15 | J | A | |
| 81. First Trust Health Care Alpha | | None | | | Sold | 02/27/15 | J | A | |
| 82. First Trust Larg Cap Value AL | A | Dividend | K | T | Buy (add'l) | 09/30/15 | J | | |
| 83. First Trust Larg Cap Value AL | A | Dividend | K | T | Sold (part) | 02/27/15 | J | A | |
| 84. Ishares Core S&P Total Large Cap | A | Dividend | K | T | Buy | 02/27/15 | J | | |
| 85. Wisdomtree Trust Japn Hedge Eq | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Gr Fd of America | A | Dividend | K | T | Sold (part) | 02/27/15 | J | B | |
| 87. American Gr Fd of America | A | Dividend | K | T | Sold (part) | 09/30/15 | J | A | |
| 88. Black Rock Equity Dividend I | | None | | | Sold | 02/27/15 | J | C | |
| 89. Black Rock Global Long/Short Eq | | None | K | T | Buy (add'l) | 02/27/15 | J | | |
| 90. Black Rock Global Long/Short Eq | | None | K | T | Sold (part) | 09/30/15 | J | A | |
| 91. Dreyfus Standish Glb Fix Inc | A | Dividend | K | T | Buy | 11/27/15 | J | | |
| 92. EV Floating Rate Hi Inc Inst | A | Dividend | K | T | Buy (add'l) | 02/27/15 | J | | |
| 93. EV Floating Rate Hi Inc Inst | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 94. Goldman Sachs Rising Div Grw | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 95. Goldman Sachs Rising Div Grw | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 96. Ivy Asset Strategy I | | None | | | Sold | 09/30/15 | J | A | |
| 97. Legg Mason BW Glb Opp Bd Inst | | None | | | Sold | 11/27/15 | J | A | |
| 98. Lord Abbett Alpha Strat | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 99. Lord Abbett Alpha Strat | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 100. Lord Abbett Sht Duration Inc F | | None | | | Sold | 02/27/15 | J | A | |
| 101. Mfs Glb Alternative Strat I | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 102. Mfs Glb Alternative Strat I | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Natixis ASG Global Alternative | | None | K | T | Sold (part) | 02/27/15 | J | A | |
| 104. Natixis ASG Global Alternative | | None | K | T | Sold (part) | 09/30/15 | J | A | |
| 105. Permal Alternative Core I | A | Dividend | K | T | Buy | 09/30/15 | J | | |
| 106. Pimco All Asset All Auth | | None | | | Sold | 08/31/15 | J | A | |
| 107. Pimco Stockplus Intl P | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 108. Pimco Stockplus Intl P | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 109. Principal Glb Divers Inc A | A | Dividend | K | T | Buy (add'l) | 02/27/15 | J | | |
| 110. Principal Glb Divers Inc A | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 111. Transparent VL Direct Allocation I | | None | J | T | Buy (add'l) | 02/27/15 | J | | |
| 112. Virtus Dynamic Alphasector | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 113. Virtus Dynamic Trend (name chg from Virtus Dynamic Alphasector) | | None | | | Sold | 05/01/15 | J | B | |
| 114. Virtus Dynamic Trend | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 115. Virtus Foreign Opport I | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 116. Virtus Foreign Opport I | A | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 117. Virtus Insight Emerg Markts I | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 118. Virtus Insight Emerg Markts I | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 119. Virtus Multi Sect Sht Term BDI | A | Dividend | K | T | Buy (add'l) | 02/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Virtus Multi Sect Sht Term BDI | A | Dividend | K | T | Sold (part) | 09/30/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION VII, Line 7: 2014 Report incorrectly reported line 7 as "Sold.." It should have been reported as:

7. First Trust Amex Biotech  None J T Sold (Part) 10/01/14 J A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert J. Jonker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544